# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# ALEXANDRIA DIVISION

**STANTON EASLEY**

**-vs-**

**BURL CAIN, WARDEN**

**CIVIL ACTION NO. 04-2267**

**JUDGE LITTLE**

## JUDGMENT

Before the court is the report and recommendation of the magistrate suggesting that Stanton Easley's ("Easley") *pro se habeas corpus* petition be denied and dismissed with prejudice because it is untimely pursuant to 28 U.S.C. § 2244(d). Easley has filed an objection to the magistrate's report. After full record review, the court adopts the reasoning and conclusion of the magistrate. Easley's *habeas corpus* petition is DENIED and DISMISSED WITH PREJUDICE.

Alexandria, Louisiana

27 July 2005

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE